1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  Steven K. Hwang, Bar No. 216852
   SKHwang@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:   310.843.1284

JS-6

6  Attorneys for Defendants
   CALIBER HOME LOANS, INC., f/k/a
7  VERICREST FINANCIAL, INC. and
   SUMMIT MANAGEMENT COMPANY, LLC

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RICHARD and WILLIE RICHARD,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC., a Corporation; SUMMIT MANAGEMENT COMPANY, LLC, a Limited Liability Company; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:13-CV-9236 CAS (MANx)<br><br>[PROPOSED] ORDER RE STIPULATION TO DISMISS CALIBER HOME LOANS, INC., F/K/A VERICREST FINANCIAL, INC. AND SUMMIT MANAGEMENT COMPANY, LLC WITH PREJUDICE |

Based upon the Stipulation submitted by Plaintiffs Mary Richard and

Willie Richard and Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc. and

Summit Management Company, LLC, it is hereby ORDERED, ADJUDGED AND

DECREED that Mary Richard and Willie Richard's Complaint as to defendants

Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc. and Summit Management

Company, LLC is dismissed with prejudice.  Each party to bear its own costs.

Dated:  April 25, 2014

                                 *Christine A. Snyde*

By: _____

United States District Judge